FILED - GR
July 10, 2019 11:59 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns SCANNED BY: TB /7/10/19

1:19-cv-554
Paul L. Maloney
United States District Judge
Ray Kent
United States Magistrate Judge

UNITED STATES DISTRICT COURT OF THE WESTERN DISTRICT OF MICHIGAN

MELVIN SERGIO HIGGINS

205 S. KALAMAZOO ST

PAW PAW, MI 49079

Plaintiff,

V.

VAN BUREN COUNTY COURTS ADMINISTRATION

212 PAW PAW ST.

PAW PAW, MI 49079

VAN BUREN COUNTY SHERRIFS' ADMINISTRATION

205 S. KALAMAZOO ST.

PAW PAW, MI 49079

36th F.O.C (VAN BUREN COUNTY) ADMINISTRATION

219 E. PAW PAW St. #B3

PAW PAW, MI 49079

CASS COUNTY COURTS ADMINISTRATION

60296-"M-62

CASSOPOLIS, MI 49031

      Defendants.

*Melvin S Higgins*

07-07-2019

MELVIN S HIGGINS

205 S. KALAMAZOO ST.

PAW PAW, MI 49079

UNITED STATES
DISTRICT COURT
OF THE
WESTERN DISTRICT OF MICHIGAN

MELVIN SERGIO HIGGINS

Plaintiff,

v.

VAN BUREN COUNTY, et al.,

Defendants.

CIVIL COMPLAINT/ACTION

① I, MELVIN S. HIGGINS, submit this lawsuit in form of a civil complaint/action. I, the plaintiff, bring this case pro se under the grounds of Title 28 U.S.C 1915, in regards, to the violation of my 14th Amendment Right (Equal Protection) (also, see Title 18, U.S.C Section 242).

② The Van Buren County Courts Administration endangered my life and allowed the attempt to murder/

hurt/harm I, the plaintiff, on or about 11-8-2013.

Also, 2012-2019 as of 11-8-2018. Van Buren County Courts Administration also allowed the Van Buren County Sherrifs' Department and Administration to unlawfully Charge/Jail (imprison) I, the plaintiff, on or about (11-08-2018)-(2019). Knowingly, by way of Official Misconduct, Abuse of Power, Endangerment, Malicious Prosecution, and an unlawful Conviction on (05-05-2014).

③     The CASS COUNTY COURTS ADMINISTRATION allowed the Van Buren Sherrifs' Department and Administration to unlawfully Charge/Jail (imprison) I, the Plaintiff, on or about (11-08-2018)-(2019). By way of Official Misconduct, Abuse of Power, and Endangerment.

4) The Van Buren Sherrifs' Department Administration endangered my life and allowed the attempt to murder/hurt/harm I, the Plaintiff, on or about (11-08-2013). Also, (2012-2019) as of (11-08-2018). Van Buren County Sherrifs' Department Administration unlawfully charged/jailed(imprisoned) I, the Plaintiff, on or about (11-08-2018)-(2019). By way of official misconduct, Abuse of Power, and Endangerment.

5) The Van Buren County Friend of the Court Administration allowed personel to deny me due process and entered a default judgement against I, the Plaintiff, without due process, before a summons expiration date on or about (8-16-2018). The default was entered under false pretenses,

Statements, and on or after a false report by/from personel.

(6) I, the Plaintiff, MELVIN S HIGGINS am hereby requesting a jury trial for this complaint/action.

(7) The relief/demand I seek in this complaint/action is:

Five-Million Dollars ($5,000,000). Complete Ex Sponging of my criminal record. A Concealed Guns License. A paternity test for the child in question of the F.O.C default. Immediate release from the Van Buren County Jail.

*Melvin S Higgins*

07-07-2019

MELVIN S HIGGINS

205 S. KALAMAZOO St.

PAW PAW MI 49079

MELVIN HIGGT
205 S. KALAMAZO
PAW PAW, MI 49079

399 FEDERA
110 MICHIGAN
GRAND RAPIDS

THIS MAIL IS FROM
A PERSON INCARCERATED
AT THE VAN BUREN COUNTY JAIL

