UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MELVIN SERGIO HIGGINS,

        Plaintiff,                 Case No. 1:19-cv-554

v.                                          Honorable Paul L. Maloney

VAN BUREN COUNTY COURTS
ADMINISTRATION et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** on grounds of frivolousness and failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   November 1, 2019                     /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge